**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James Harrison SINGLETARY, Defendant–Appellant.**

**No. 01–6778.**

United States Court of Appeals, Fourth Circuit.

Submitted July 31, 2001.

Decided Sept. 5, 2001.

James Harrison Singletary, pro se. Alfred William Walker Bethea, Assistant

United States Attorney, Florence, SC, for appellee.

Before WIDENER, WILKINS, and MICHAEL, Circuit Judges.

PER CURIAM.

James Harrison Singletary seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Singletary,* Nos. CR–98–240–4; CA–00–2332–4–22 (D.S.C. filed Apr. 5, 2001; entered Apr. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*